RISS INTERNATIONAL CORPORATION v. SPINELLI BROTHERS TRUCKING COMPANY INCORPORATION.

February 19, 1982.

Petition for certification denied.

BARBARA FEUKER v. DALE R. BODMAN, V.M.D.

February 19, 1982.

Petition for certification denied.

PATRICK PASCULLI v. THE JERSEY JOURNAL AND JERSEY OBSERVER.

February 19, 1982.

Petition for certification denied.

JOHN M. LAVERTY v. RIVERTON CENTER, INC.

February 19, 1982.

Petition for certification denied.